### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| MIRIAM E. WOODS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 3:08-0816 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| MORGAN ASSET MANAGEMENT, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Before the Court is the motion to set aside dismissal order (Docket Entry No. 36) filed by Plaintiffs Larry Hough, individually and for his minor children, Ronda L. Hardwick, Charlie B. Reasor, Trustee for the Hardwick Family Trust, Janet and Franklin Rodgers, William and Carol Prior, Susan D. Labovitz, and Richard G. Farmer (the "non-dismissing plaintiffs"). This motion is **GRANTED** and the Order of February 11, 2009 (Docket Entry No. 34) is **VACATED** as to these Plaintiffs.

Accordingly, the claims of Plaintiffs Larry Hough, individually and for his minor children, Ronda L. Hardwick, Charlie B. Reasor, Trustee for the Hardwick Family Trust, Janet and Franklin Rodgers, William and Carol Prior, Susan D. Labovitz, and Richard G. Farmer (the "non-dismissing plaintiffs") are **REINSTATED**.

It is so **ORDERED**.

**ENTERED** this the ___17th___ day of February, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge