UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| MIRIAM E. WOODS, et al., | ) |
| | ) No. 2:10-cv-02280-SHM |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) JURY DEMAND |
| MORGAN ASSET MANAGEMENT, INC., et al., | ) |
| | ) |
| Defendants, | ) |

### NOTICE OF DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 41(a), the following plaintiffs hereby give notice of the dismissal, with prejudice, of the claims they have asserted in this case:

Ronda Hardwick
Charles Reasor, Trustee for the Hardwick Family Trust
Susan Labovitz
Richard Farmer

Respectfully submitted,

/s/ H. Naill Falls Jr.
H. Naill Falls Jr., BPR #6787
Falls & Veach
1143 Sewanee Rd.
Nashville, TN 37220
615/242-1800

**CERTIFICATE OF SERVICE**

I certify that this document has been filed with the Court's ECF system on November 16, 2011, also forwarded via email to:

Michael L. Dagley and W. Brantley Phillips Jr. BASS, BERRY & SIMS, PLC 150 Third Avenue South, Suite 2800 Nashville, TN 37238

Jeffrey B. Maletta and Nicole A. Baker K & L Gates LLP 1601 K St., NW Washington, DC 20006

David E. Swarts, Sullivan & Cromwell, 125 Broad Street New York, New York 10004-2498

Timothy Duffy, Kirkland & Ellis, 300 North LaSalle Chicago, IL 60654

H. Naill Falls Jr.